**PFI** | PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104   www.pfiserves.com
800 232-8854   Fax: 800 734-6859

# PROCESS SERVICE NOTIFICATION

| | |
|---|---|
| To: | BALCH & BINGHAM, LLP<br>PO BOX 78<br>MONTGOMERY, AL 36101 |
| Attention: | Kelly F. Pate |
| Client Ref: | |

| | |
|---|---|
| Date: | Mar 30 2007 |
| Dispatcher: | Angela D.<br>AngelaD@abclegal.com<br>800-324-5619 |
| Tracking #: | 4248935 |

Thank you for using PFI.
Additional service information can be obtained via the Process Service Detail page on our web site.
www.pfiserves.com/trackserve.asp

| | |
|---|---|
| Servee: | NIKKI PHILLIPS |
| Person Served: | Randal Sims stepfather A male approx. 55-65 years of age 5'4"-5'6" in height weighing 180-200 lbs with brown hair |
| Served By: | Justin Hines |
| Service Date: | Mar 14 2007  1:30PM |
| Documents: | NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE/ CONFLICT DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT |
| Service Address: | 656 HILLABEE ST   ALEXANDER CITY county of County ALABAMA 35010 |
| Court: | UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA |
| Case Name: | ARISTA RECORDS LLC, A DELAWARE LIMITED LIABILITY COMPANY; ET AL.,   Plaintiff / Petitioner<br>vs.<br>NIKKI PHILLIPS   Defendant / Respondant |
| Case Number: | 3:07CV200-WHA |
| Hearing Date: | |

All documents are served pursuant to:
A) The statutes or court rules of the jurisdiction in which the matter originates, and or
B) The statutes or court rules of the state in which service took place, and
C) Instructions from the customer

If service was substituted upon another person or left with a person(s) who refused to identify themselves, it is incumbent upon you, our customer, to notify ABC legal/PFI in writing if further attempts to serve, serve by mail, or investigate are required.

Information contained in this notification is deemed to be accurate and reliable, but is subject to final verification by PFI personnel.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

IN THE
UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ARISTA RECORDS LLC, A DELAWARE LIMITED LIABILITY COMPANY; ET AL., <br><br> Plaintiff/Petitioner <br><br> vs. <br> NIKKI PHILLIPS <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO: **3:07CV200-WHA** <br><br> DECLARATION OF SERVICE OF: <br> NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CORPORATE/ CONFLICT DISCLOSURE STATEMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **14th day of March, 2007, at 1:30 PM**, at the address of **656 HILLABEE Street, ALEXANDER CITY, Tallapoosa** County, **AL 35010**; this declarant served the above described documents upon **NIKKI PHILLIPS**, by then and there personally delivering **1** true and correct copy (ies) thereof, by then presenting to and leaving the same with **Randal Sims stepfather, A male approx. 55-65 years of age 5'4"-5'6" in height weighing 180-200 lbs with brown hair**, a person of suitable age and discretion residing at the respondent's usual place of abode listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Alabama** that the statement above is true and correct.

DATED this **21st day of March, 2007**.

*Justin Hines*
**Justin Hines, AL**

| ABC's Client Name <br> **Holme, Roberts & Owen RIAA (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **4248935** |
|---|---|---|

AO 440 (Rev. 08/01) Summons in a Civil Action

# United States District Court
### MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation, | SUMMONS IN A CIVIL CASE<br><br>CASE NUMBER:<br><br>3:07cv 200 - WHA |

v.

**Nikki Phillips**

TO:

Nikki Phillips
656 Hillabee Street
Alexander City, AL 35010

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S' ATTORNEY

Dorman Walker (Bar # WAL086)
Kelly F. Pate (Bar # FIT014))
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
P.O. Box 78 (36101)
Montgomery, Alabama 36104

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                              3/6/07
CLERK                                                            DATE
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left _____

☐ Returned unexecuted _____

☐ Other (specify) _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
             Date                         *Signature of Server*

                                          _____
                                          *Address of Server*

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.