IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ARISTA RECORDS LLC, a Delaware )
limited liability company; SONY BMG )
MUSIC ENTERTAINMENT, a Delaware )
general partnership; UMG RECORDINGS, )
INC., a Delaware corporation; PRIORITY )
RECORDS LLC, a California limited )
liability company; WARNER BROS. )
RECORDS INC., a Delaware corporation; )
ELEKTRA ENTERTAINMENT GROUP )
INC., a Delaware corporation; and )
ATLANTIC RECORDING )
CORPORATION, a Delaware corporation, )
)
)
Plaintiffs, )
)
vs. ) Civil Action No.: 2:07-cv-00200-WHA-TFM
)
NIKKI PHILLIPS, )
)
)
Defendant. )
)

## MOTION FOR CORRECTION

COME NOW the Plaintiffs, ARISTA RECORDS LLC, *et al.*, and move the Court for an Order correcting Defendant's name in this action and for grounds state the following:

1. Plaintiffs filed a Complaint for Copyright Infringement against Defendant on March 6, 2007. Plaintiffs named "Nikki Phillips" as Defendant.

2. Plaintiffs are informed and believe that Defendant's name is "Kristen Nichole Phillips" and that Defendant has used the alias "Nikki Phillips."

3. Plaintiffs request that Defendant's name in this lawsuit and its filings be corrected and changed to "Kristen Nichole Phillips," and that the caption in this lawsuit be amended and changed to "Kristen Nichole Phillips, a/k/a Nikki Phillips."

WHEREFORE, Plaintiffs respectfully request that the Complaint and all previous filings be so amended.

Respectfully submitted,

DATED: April 24, 2007

/s/ Kelly F. Pate
Dorman Walker (Bar # WAL086)
Kelly F. Pate (Bar # FIT014)
BALCH & BINGHAM LLP
105 Tallapoosa St., Suite 200
P.O. Box 78 (36101-0078)
Montgomery, Alabama 36104
Telephone: (334) 269-3130
Fax: (334) 313-6056

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following non-CM/ECF participant(s) by United States mail, properly addressed and postage prepaid, on this 24th day of April, 2007:

Kristen Nichole Phillips
a/k/a Nikki Phillips
656 Hillabee Street
Alexander City, Al 35010

/s/Kelly F. Pate
Of Counsel

2