IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; WARNER BROS. RECORDS, INC., a Delaware corporation; ELEKRA ENTERTAINMENT GROUP, INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>KRISTEN NICHOLE PHILLIPS, a/k/a NIKKI PHILLIPS,<br><br>    Defendant. | Civil Action No. 3:07-cv-200-WHA-TFM |

## ENTRY OF DEFAULT

It appearing that defendant, Kristen Nichole Phillips, was duly served with a copy of the summons and complaint on March 14, 2007, by substitute service, and said defendant has failed to answer or otherwise defend this action as set out in the affidavit of plaintiffs' attorney filed herein on May 8, 2007, as required by law.

DEFAULT is hereby entered against defendant, Kristen Nichole Phillips.

DONE THIS   24th   day of  May , 2007.

/s/ Debra P. Hackett

DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA