IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

|  |  |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation,<br><br>              Plaintiffs,<br><br>vs.<br><br>KRISTEN NICHOLE PHILLIPS, AKA NIKKI PHILLIPS,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Civil Action No.:  3:07-cv-00200-WHA-TFM |

## NOTICE OF ENTRY OF DEFAULT BY CLERK

TO DEFENDANT :

PLEASE TAKE NOTICE that, on May 24, 2007 the Clerk of the Court entered the

default of Defendant.  A copy of the Entry of Default is attached hereto as Exhibit A, and

incorporated herein by this reference.

Respectfully submitted this 25th day of May, 2007.

s/Kelly F. Pate
One of the Attorneys for Plaintiffs

Dorman Walker (Bar # WAL086)
Kelly F. Pate (Bar # FIT014)
BALCH & BINGHAM LLP
105 Tallapoosa St., Suite 200
P.O. Box 78 (36101-0078)
Montgomery, Alabama 36104
Telephone: (334) 269-3130
Fax: (334) 313-6056

181255.1

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; WARNER BROS. RECORDS, INC., a Delaware corporation; ELEKRA ENTERTAINMENT GROUP, INC., a Delaware corporation; and ATLANTIC RECORDING CORPORATION, a Delaware corporation, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 3:07-cv-200-WHA-TFM |
| KRISTEN NICHOLE PHILLIPS, a/k/a NIKKI PHILLIPS, | ) ) ) | |
| Defendant. | ) ) ) | |

ENTRY OF DEFAULT

It appearing that defendant, Kristen Nichole Phillips, was duly served with a copy of the summons and complaint on March 14, 2007, by substitute service, and said defendant has failed to answer or otherwise defend this action as set out in the affidavit of plaintiffs' attorney filed herein on May 8, 2007, as required by law.

DEFAULT is hereby entered against defendant, Kristen Nichole Phillips.

DONE THIS ___24th___ day of___May__, 2007.

/s/ Debra P. Hackett

DEBRA P. HACKETT
CLERK, UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA


EXHIBIT
A