IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

ARISTA RECORDS LLC, a Delaware limited )
liability company; SONY BMG MUSIC )
ENTERTAINMENT, a Delaware general )
partnership; UMG RECORDINGS, INC., a )
Delaware corporation; PRIORITY RECORDS )
LLC, a California limited liability company; )
WARNER BROS. RECORDS INC., a )
Delaware corporation; ELEKTRA )
ENTERTAINMENT GROUP INC., a )
Delaware corporation; and ATLANTIC )
RECORDING CORPORATION, a Delaware )
corporation, )
            )
            )
            )
        Plaintiffs, )
            )    Civil Action No.:  3:07-cv-200-WHA-TFM
vs. )
            )
KRISTEN NICHOLE PHILLIPS, a/k/a NIKKI )
PHILLIPS, )
            )
            )
        Defendant. )
_____

## <u>ORDER</u>

This case is before the court on the Motion for Default Judgment (Doc. #10), filed by the Plaintiffs on June 1, 2007.

It is hereby ORDERED that the Defendant is given **until June 15, 2007**, to show cause in writing, if any there be, why the motion should not be granted.  In the absence of a showing of good cause, the motion will be granted, and the proposed Default Judgment and Permanent Injunction entered.

The clerk is DIRECTED to mail a copy of this order to the Defendant at the address shown in the records of the court.

DONE this 4th day of June, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE