IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ARISTA RECORDS, LLC, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 3:07cv200-WHA ) |
| KRISTEN NICHOLE PHILLIPS, a/k/a Nikki Phillips, | ) ) ) |
| Defendant. | ) |

**<u>ORDER</u>**

No objection having been filed by the Defendant to the Plaintiffs' Motion for Entry of Default Judgment by the Court (Doc. #10), it is hereby

ORDERED that the motion is GRANTED, and the requested judgment will be entered.

DONE this 28th day of June, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE